**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 95-2321**

—————

NELLIE MYERS HIGGS,

Plaintiff - Appellant,

versus

DOCTOR MACINLAWYNE; DOCTOR DEGEN; DAVID
CRAWFORD, Doctor,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-521-R)

—————

Submitted:  May 16, 1996

Decided:  May 28, 1996

—————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Nellie Myers Higgs, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief without prejudice on her 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Higgs v. MacInlawyne, No. CA-95-521-R (W.D. Va. June 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2